UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

NTS W. USA CORP., A DELAWARE
CORPORATION,

                        Debtor.
-----------------------------------------------------------X
NTS W. USA CORP., A DELAWARE
CORPORATION,

                     Appellant,                  20 **CIVIL** 6692 (CS)

       -against-                               **<u>JUDGMENT</u>**


605 FIFTH PROPERTY OWNER, LLC,

                   Appellee.
-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 9, 2021, the Bankruptcy Court's Final Judgment is affirmed; accordingly, the case is closed.

**Dated:**  New York, New York
          September 9, 2021

                                                                 **RUBY J. KRAJICK**
                                                                   _____
                                                                     **Clerk of Court**
                                              **BY:**
                                                                         **Deputy Clerk**